IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO. 2:07-MJ-253 |
| | : | MAGISTRATE JUDGE KING |
| JAMES PRICE | : | |

## O R D E R

Upon motion of the United States Attorney, and for good cause shown, the Complaint herein is hereby dismissed. A certified copy of this Order shall be the authority of the United States Marshal and other persons to act in the premises.

_____2/19/08_____  
Date

_____  
MAGISTRATE JUDGE KING